IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SATYAJIT SANYAL,            )
                            )
    Plaintiff,              )
                            )
        v.                  )    1:14cv960 (JCC/TCB)
                            )
TOYOTA MOTOR NORTH AMERICA, )
INC. *et al.*,              )
                            )
                            )
    Defendants.             )

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss Counts Two and Four [Dkt. 19] is GRANTED;

(2) Defendant Toyota Motor North America, Inc.'s ("TMA") Motion to Dismiss, or in the alternative, for Summary Judgment [Dkt. 21] is GRANTED IN PART and DENIED IN PART;

(3) Defendant Toyota Motor Manufacturing, California, Inc.'s ("TMMCA") Motion to Dismiss, or in the alternative, for Summary Judgment [Dkt. 23] is GRANTED IN PART and DENIED IN PART;

(4) The Clerk of Court shall forward a copy to all counsel of record and mail a copy to *pro se* plaintiff. This matter is continued.

                                              /s/
January 15, 2015              James C. Cacheris
Alexandria, Virginia     UNITED STATES DISTRICT COURT JUDGE