IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SATYAJIT SANYAL | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:14-cv-00960-JCC-TCB |
| TOYOTA MOTOR NORTH AMERICA, INC, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS TOYOTA MOTOR MANUFACTURING KENTUCKY, INC.
AND TOYOTA MOTOR SALES, U.S.A., INC.'S
MOTION TO COMPEL RESPONSES TO DISCOVERY AND VEHICLE INSPECTION**

Defendants Toyota Motor Manufacturing Kentucky, Inc. and Toyota Motor Sales, U.S.A., Inc. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 37(a)(3)(B) and Local Civil Rule 37(A), hereby move for an order compelling Plaintiff to respond to certain of Defendants' discovery requests, and to permit inspection of Plaintiff's vehicle. The grounds for this motion

are more particularly set out in the accompanying memorandum, which is incorporated herein by reference.

/s/ Joel A. Dewey
Joel A. Dewey
Virginia Bar # 37319
Paul J. Day (admitted *pro hac vice*)
*Attorneys for Defendants Toyota Motor Manufacturing Kentucky, Inc. and Toyota Motor Sales, U.S.A., Inc.*
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000
(410) 580-3001 (facsimile)
*joel.dewey@dlapiper.com*
*paul.day@dlapiper.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2015, copies of the foregoing Defendants Toyota Motor Manufacturing Kentucky, Inc. and Toyota Motor Sales, U.S.A., Inc.'s Motion to Compel Responses to Discovery and Vehicle Inspection and Memorandum in Support thereof were served, first class postage prepaid, on:

> Satyajit Sanyal
> 11654 Plaza America Drive, #622
> Reston, Virginia 20190
>
> *Pro Se Plaintiff*

> /s/ Joel A. Dewey
> Joel A. Dewey
> Virginia Bar # 37319
> Paul J. Day (admitted *pro hac vice*)
> *Attorneys for Defendants Toyota Motor Manufacturing Kentucky, Inc. and Toyota Motor Sales, U.S.A., Inc.*
> DLA Piper LLP (US)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209
> (410) 580-3000
> (410) 580-3001 (facsimile)
> *joel.dewey@dlapiper.com*
> *paul.day@dlapiper.com*