# EXHIBIT NO. 4



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Paul Day
paul.day@dlapiper.com
T 410.580.4133
F 410.580.3133

February 17, 2015

Mr. Satyajit Sanyal
11654 Plaza America Drive, #622
Reston, Virginia 20190

Re: *Satyajit Sanyal v. Toyota Motor North America, Inc., et al.*
U.S.D.C. for the Eastern District of Virginia, Case No. 1:14-cv-00960-JCC-TCB

Dear Mr. Sanyal:

This will follow up on our telephone conversation this afternoon, and confirm that you have agreed to produce your 2011 Toyota Camry for an inspection on April 3, 2015 in accordance with the Request I sent last week. I will be in touch as that date approaches to discuss getting the vehicle to the dealership.

Thank you.

Sincerely yours,

Paul J. Day

cc: Joel A. Dewey, Esquire