# EXHIBIT NO. 6

Satyajit Sanyal
11654 Plaza America Drive, # 622
Reston, Virginia – 20190

February 20th, 2015

<u>By Fax and USPS Mail To:</u>
Mr. Joel A. Dewey and Mr. Paul Day
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Fax: 410-580-3133

Re: Defendants request for providing my Health, Employment and other records
Satyajit Sanyal v. Toyota Motor North America, Inc., et al
<u>U.S.D.C. for the Easter District of Virginia, Case No. 1:14-cv-00960-JCC-TCB</u>

Dear Sirs,

I would like to re-affirm with this letter that for the Defendants requests for providing my Health, Employment and Other records for the years preceding the accident of 07/10/2012 and later till date, per privileges allowed to me as per U.S. Laws for protection of my privacy, Personal information such as Social Security Number and Birth Date, Employer/Employment information, Health information privacy protection privileges under HIPPA and similar privacy privilege protection laws, I will not be providing my Personal Health records and Employment records and I am not authorizing the Defendants, their attorneys or their representatives to request any of these records from any Doctors, Hospitals, Pharmacy or Healthcare service providers or Employers or Health Insurance providers or Government agencies or Private agencies.

Based on whatever information I can gather from my available Health and Employment records, I will try to provide an "Affidavit on Health", indicating information on my health and "Affidavit on Earned Income from Employment" containing amount of Federal Earned Income per Calendar year.

With regards to requests for providing the Vehicle maintenance and other records, I would like to reiterate that I have not maintained copies of these records to the extent that is being requested by the Defendants and therefore, taking into consideration my privileges of privacy and protection of personal information, I will try my best to provide as much information as possible that are pertaining to the requested Vehicle maintenance and other records.

Thank you for your kind cooperation!

Yours Truly,

Satyajit Sanyal