# EXHIBIT NO. 7

Satyajit Sanyal
11654 Plaza America Drive, # 622
Reston, Virginia – 20190

February 20th, 2015

<u>By Fax and USPS Mail To:</u>
Mr. Joel A. Dewey and Mr. Paul Day
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Fax: 410-580-3133

Re: Defendants request for producing my 2011 Toyota Camry for inspection on April 3rd, 2015
Satyajit Sanyal v. Toyota Motor North America, Inc., et al
U.S.D.C. for the Easter District of Virginia, Case No. 1:14-cv-00960-JCC-TCB

Dear Sirs,

I am writing this letter to inform the Defendants that due to the type of vehicle inspection requested by them is not regulated by the U.S. Federal or Virginia State systems, "inspection tools, testing software/hardware, facilities and requirements" to be used during inspection as known to be tailored to the specific automobile manufacturers design only, "requested vehicle testing and inspection not being available in Virginia State publicly accessible drive-in inspection centers such as gas stations" and also not being a mandatory compliance requirement, I will not be able to produce my vehicle 2011 Toyota Camry with VIN 4T1BF3EK9BU658720 for the requested vehicle inspection on April 3rd, 2015.

Thank you for your kind cooperation!

Yours Truly,
[signature] 02/20/2015
Satyajit Sanyal