UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SATYAJIT SANYAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:14cv960 |
| | ) |
| TOYOTA MOTOR NORTH AMERICA, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

THIS MATTER comes before the Court on Defendants Toyota

Motor Manufacturing Kentucky, Inc., and Toyota Motor Sales,

U.S.A., Inc.'s Motion to Compel Responses to Discovery and

Vehicle Inspection (Dkt. 33.)  Upon consideration of the

pleadings, this Motion is hereby GRANTED.  The Court finds that

the defendants are entitled to the information and documents

they seek in their discovery requests in order to properly

defend this case.  Plaintiff must produce complete responses to

defendants' Requests for Production and Interrogatories by March

20, 2015.  Additionally, plaintiff must produce his vehicle for

inspection on Friday, April 3, 2015 at 9:00 a.m. at the Ourisman

Chantilly Toyota, located at 4135 Auto Park Circle, Chantilly,

Virginia 20151.   Plaintiff is advised that failure to comply

with this Order may result in sanctions pursuant to Federal Rule

of Civil Procedure 37, which could include dismissal of this
case.

     ENTERED this 11th_ day of March, 2015.


                                        /s/
                                THERESA CARROLL BUCHANAN
                                UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia