IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SATYAJIT SANYAL,

    Plaintiff,

v.                                                                                       Case Number: 1:14cv960
                                                                                       JCC/TCB

TOYOTA MOTOR SALES, U.S.A. INC.

    Defendant.

### GEICO'S OBJECTION TO SUBPOENA DUCES TECUM

COMES NOW GEICO, by counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure, and files this, its written objection to a subpoena duces tecum served on it by counsel for Toyota Motor Sales, U.S.A. Inc., and states as its grounds as follows:

1.     GEICO was served with a subpoena duces tecum by defense counsel requesting that GEICO, "produce all documents and/or records including but not limited to:

> 1. A complete copy of the claim file for Claim # 028561650-0101-026 for an accident on July 10, 2012 for your insured, Satyajit Sanyal, 12905 Centre Park Circle, Herndon VA, License # A65307469, DOB-07/31/1972 and the insured vehicle a 2011 Toyota Camry, VIN # 4T1BF3EK9BU658720, including but not limited to:
>
>> All photographs (in color), diagrams, witness statement, (written or audiotaped) estimates, releases, settlement documents, adjuster's reports/notes and or coverage or policy details."

GEICO is not a party to this litigation but issued a policy of insurance to the plaintiff, Satyajit Sanyal. The subpoena duces tecum served on GEICO is overly broad to the extent that it

calls for information that constitutes GEICO's work product, is privileged, contains proprietary information and/or mental impressions of GEICO's employees or agents.

GEICO
By Counsel

_____/s/_____
Michael Joshi, Esquire  VSB # 25502
Kearney, Freeman, Fogarty & Joshi, PLLC
4085 Chain Bridge Road, Suite 500
Fairfax, Virginia 22030
(703) 691-8333
(703) 691-8380 - facsimile
Counsel for Defendant
mjoshi@kffjlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of March, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Satyajit Sanyal
11654 Plaza America Drive, #622
Reston, Virginia 20190
Plaintiff, Pro se

Paul J. Day, Esq.
DLA Piper, LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Defendant

_____/s/_____
Michael Joshi, Esquire  VSB # 25502
Kearney, Freeman, Fogarty & Joshi, PLLC
4085 Chain Bridge Road, Suite 500
Fairfax, Virginia 22030
(703) 691-8333
(703) 691-8380 - facsimile
Counsel for Defendant
mjoshi@kffjlaw.com