FILED

2015 MAY 29 P 4:41

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA

| | |
|---|---|
| SATYAJIT SANYAL, Pro Se | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) Case # 1:14-cv-00960-JCC-TCB |
| | ) |
| Toyota Motor North America, Inc., et al | ) |
| Defendants | ) |

## PLAINTIFFS WITNESS, DOCUMENTS AND EXHIBITS LISTS FOR TRIAL

Plaintiff, SATYAJIT SANYAL, by Pro Se, hereby provide the following Lists of Witnesses, Documents and Exhibits expect to offer at the Trial proceedings:

### Witnesses Plaintiff Expect to Present at Trial

**Witness Present Live at Trial:**

Satyajit Sanyal

<u>Mailing Address:</u>

11654 Plaza America Drive, # 622

Reston, Virginia – 20190

551-208-4891 (Cell)

**Witnesses Plaintiff Expects and Proposes to be Present Live at Trial:**

1) Police Office Jay H. Choi, Badge Number 5093

    Herndon Police Department

    397 Herndon Parkway

    Herndon, Virginia 20170

    703-435-6846

2) Sgt. S. Pihonak

    Herndon Police Department

    397 Herndon Parkway

    Herndon, Virginia 20170

    703-435-6846

3) Mr. Daniel Delboy

    Fairfax County Fire and Rescue

    4100 Chain Bridge Road

    Fairfax, Virginia – 22030

    703-246-2126

4) Mr. Adam Heming

Fairfax County Fire and Rescue

4100 Chain Bridge Road

Fairfax, Virginia – 22030

703-246-2126

5) Mr. Vernon Johnson

Fairfax County Fire and Rescue

4100 Chain Bridge Road

Fairfax, Virginia – 22030

703-246-2126

6) Mr. Ronald Seghettu

Fairfax County Fire and Rescue

4100 Chain Bridge Road

Fairfax, Virginia – 22030

703-246-2126

7) Dr. Peter Paganussi, M.D.

Reston Hospital Center

1850 Town Center Parkway

Reston, Virginia – 20190

703-689-9000

8) Dr. Shabih U. Hasan, M.D.
   Dulles Neurology Clinic
   722 Grant Street, Suite F
   Herndon, Virginia – 20170
   703-787-7638

9) Dr. Tajammul Eshan, M.D.
   Reston Hospital Center
   1850 Town Center Parkway
   Reston, Virginia – 20190
   703-689-9000

10)   Mrunalini Chakurkar, M.D.
   Reston Hospital Center
   1850 Town Center Parkway
   Reston, Virginia – 20190
   703-689-9000

11)   Officers and Representatives from NHTSA

12)   Officers and Representatives from DOT

**Trial Witness (Expected by Written Deposition):**

9-1-1 Caller

**Documents and Exhibits Plaintiff Expects to Offer at Trial:**

1) Herndon Police Report
2) Subject Vehicle Photographs
3) Subject Accident Scene Photographs
4) Subject Vehicle Testing Photographs
5) 9-1-1 EMS Call Reports
6) Records from Fairfax County Fire and Rescue
7) Photographs and Video from Filename 464888U
8) Photographs and Video from Filename 464888W
9) Doctors Note by Dr. Shabih U. Hasan, M.D. confirming Post Traumatic Seizure after MVA
10) Doctors Note by Dr. Tajammul Eshan, M.D. confirming Post Traumatic Epilepsy
11) Geico Insurance Repair Estimate for Subject Vehicle
12) Plaintiff's Medical Bills and Insurance Claim Records
13) Financial Disclosure Statements by Toyota
14) Crash Data Retrieval EDR Report of 04/03/2015 for Subject Vehicle VIN# 4T1BF3EK9BU658720
15) Copy of Deposition of Plaintiff Satyajit Sanyal taken by Defendants Attorney on 03/27/2015
16) Plaintiff's Memorandum, Statements and Responses Including Opposition to Defendant's Joint Stipulation of Uncontested Facts
17) Copies of documents from Case # 1:14-CV-00906-JCC-JFA (Satyajit Sanyal Vs Toyota Motor Corporation)
18) Amended Complaint with Exhibits

5

19) Plaintiff's Responses to Defendant Toyota Motor Sales, U.S.A., INC'S. Interrogatories

20) Plaintiff's Responses to Defendant Toyota Motor Manufacturing Kentucky, INC's. Interrogatories

21) 2011 Toyota Camry Sales Brochure

22) 2011 Toyota Camry Owner's Manual pages

23) Plaintiff's Discharge Report from Reston Hospital Center after Subject Accident

24) Defendants Expert Witness Disclosure

25) Printouts of E-mails communications on Unintended Acceleration

26) Plaintiff's Responses to Defendant Toyota Motor Sales, U.S.A., INC'S. Requests for Production of Documents with Enclosures and Exhibits

27) Plaintiff's Responses to Defendant Toyota Motor Manufacturing Kentucky, INC's. Requests for Production of Documents with Enclosures and Exhibits

28) Plaintiff's Medical Records

29) Plaintiff's W2 and Income Records

30) 2011 Toyota Camry Complaints with NHTSA

31) Unintended Acceleration and Other Toyota Cases Related to UA Unintended Acceleration Issues

Respectfully Submitted, this 29th day of May 2015.

By: (signature) 05/29/2015

SATYAJIT SANYAL, Pro Se

Satyajit Sanyal

Mailing Address:

11654 Plaza America Drive, #622,

Reston, Virginia - 20190

6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA

| | |
|---|---|
| SATYAJIT SANYAL, Pro Se | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) Case # 1:14-cv-00960-JCC-TCB |
| | ) |
| Toyota Motor North America, Inc., et al | ) |
| Defendants | ) |

## VERIFICATION

I, SATYAJIT SANYAL, by Pro Se, hereby declare under penalty of perjury that the facts stated in the foregoing Plaintiff's Witness, Documents and Exhibits Lists for Trial are true and correct to the best of my knowledge and belief.

Respectfully Submitted, this 29th day of May 2015.

By: *[signature]* 05/29/2015

SATYAJIT SANYAL, Pro Se

Satyajit Sanyal

Mailing Address:

11654 Plaza America Drive, #622,

Reston, Virginia - 20190

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA

SATYAJIT SANYAL, Pro Se            )
              Plaintiff            )
                            )
Vs.            ) Case # 1:14-cv-00960-JCC-TCB
                            )
Toyota Motor North America, Inc., et al   )
             Defendants            )

## **CERTIFICATE OF SERVICE**

Plaintiff's Witness, Documents and Exhibits Lists for Trial will be mailed or delivered to Defendant's Attorney on record:

Joel A. Dewey

Paul J. Day

DLA Piper LLP (US)

The Marbury Building

6225 Smith Avenue

Baltimore, Maryland – 21209

9

# CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

SATYAJIT SANYAL
Name of *Pro Se* Party (Print or Type)

*[signature] 05/29/2015*
Signature of *Pro Se* Party

Executed on: 05/29/2015  (Date)

## OR

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)