FILED

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2015 JUL 10 P 3:30

CLERK US DISTRICT COURT

Plaintiff(s)
SATYAJIT SANYAL
PRO SE

v.

Defendant(s)
TOYOTA MOTOR NORTH AMERICA, INC. ET AL

CIVIL ACTION NO. 1:14-CV-960-JCC-TCB

CRIMINAL NO. N/A

## NOTICE OF APPEAL

Notice is hereby given that SATYAJIT SANYAL, PRO SE above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 11th day of June 2015.

_____ 07/10/2015
Attorney or Pro Se Appellant

11654 PLAZA AMERICA DRIVE, #622
RESTON, VIRGINIA - 20190
Address

Dated: 07/10/2015